1  DAVID BARRON, ESQ.
   Nevada Bar No. 142
2  **CHELSEA P. PYASETSKYY, ESQ.**
   Nevada Bar No. 11688
3  **BARRON & PRUITT, LLP**
   3890 West Ann Road
4  North Las Vegas, Nevada 89031
   Phone: 702 / 870-3940
5  Fax: 702 / 870-3950
   dbarron@lvnvlaw.com
6  cpyasetskyy@lvnvlaw.com
   *Attorneys for Defendant*
7  *CARRABBA'S ITALIAN GRILL, LLC*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MARGARET OAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARRABBA'S ITALIAN GRILL, LLC, a foreign Corporation doing business in the State of Nevada; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:09-cv-01123-RLH-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CARRABBA'S ITALIAN GRILL, LLC** |

**IT IS HEREBY STIPULATED** by and between Plaintiff MARGARET OAKES, by and through her counsel of record, M. Erik Ahlander, Esq. of Henness & Haight and Defendant CARRABBA'S ITALIAN GRILL, LLC, by and through its counsel of record, David Barron, Esq. and Chelsea Pyasetskyy, Esq. of Barron & Pruitt, LLP that Plaintiff MARGARET OAKES'

/ / /

/ / /

/ / /

/ / /

1  above-captioned case shall be dismissed against Defendant CARRABBA'S ITALIAN GRILL,
2  LLC, with prejudice, each of the parties to bear their respective fees and costs.

| BARRON & PRUITT, LLP. | HENNESS & HAIGHT |
|---|---|
| _/s/ David Barron_<br>DAVID BARRON, ESQ.<br>Nevada Bar No. 0142<br>CHELSEA PYASETSKYY, ESQ.<br>Nevada Bar No. 11688<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant*<br>*Carrabba's Italian Grill* | _/s/ M. Erik Ahlander_<br>M. ERIK AHLANDER, ESQ.<br>Nevada Bar No. 9490<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED**

Dated this 21st day of September, 2010

_/s/ Roger L. Hunt_
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

BARRON & PRUITT, LLP

_/s/ Chelsea Pyasetskyy_
**DAVID BARRON, ESQ.**
Nevada Bar No. 0142
**CHELSEA PYASETSKYY, ESQ.**
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Carrabba's Italian Grill*